# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MORALES, JR.,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**ORACLE GROUP, LLC.; and PLAZA SERVICES, LLC.,**<br><br>Defendants. | **Case No.:** 8:18-CV-01575-AG-ADS<br><br>**ORDER DISMISSING THE ENTIRE CASE** |

# ORDER

Having considered the Parties' stipulation requesting dismissal as to the entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice with each party bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 24, 2019

*[signature]*

_____

Hon. Judge Andrew J. Guilford

PROOF OF SERVICE